SEYFARTH SHAW LLP
Elisabeth Watson (SBN 184332)
ewatson@seyfarth.com
601 South Figueroa Street, Suite 3300
Los Angeles, California 90017-5793
Telephone:   (213) 270-9600
Facsimile:    (213) 270-9601

SEYFARTH SHAW LLP
Galen P. Sallomi (SBN 306743)
gsallomi@seyfarth.com
560 Mission Street, 31st Floor
San Francisco, California 94105
Telephone:   (415) 397-2823
Facsimile:    (415) 397-8549

Attorneys for Defendant
THE HERTZ CORPORATION (erroneously sued
as Hertz Rent-A-Car Inc.), HERTZ LOCAL
EDITION CORP

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONIQUE ESTRELLA MENDOZA,<br><br>                    Plaintiff,<br><br>          v.<br><br>HERTZ RENT-A-CAR INC., a California Corporation; HERTZ LOCAL EDITION, an unknown business entity; and DOES 1 through 50, inclusive,<br><br>                    Defendants. | Case No. 5:25-cv-02762-VKD<br><br>**NOTICE OF SETTLEMENT**<br><br>[Santa Clara Superior Court, Case No. 25CV457229]<br><br>Complaint Filed:   January 23, 2025 |

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that the parties in the above-captioned action have finalized a settlement resolving all claims in this matter.

326427676v.1

Final payment pursuant to the settlement agreement will occur within approximately 30 days. Thereafter, the parties will file a Joint Motion to Dismiss pursuant to Federal Rule of Civil Procedure 41(a) and Local Rule 7-2.

Accordingly, the parties respectfully request that the Court vacate all pending deadlines and hearings in this matter, or continue them as appropriate, pending the filing of the Joint Motion for Dismissal.

DATED: June 9, 2026

Respectfully submitted,

SEYFARTH SHAW LLP

By: */s/ Galen P. Sallomi*

Elisabeth Watson
Galen Sallomi
Attorneys for Defendants THE HERTZ CORPORATION (erroneously sued as Hertz Rent-A-Car Inc.), HERTZ LOCAL EDITION CORP

2

NOTICE OF SETTLEMENT

326427676v.1